JEFFREY W. KRAMER (SBN 71547)
Email: jkramer@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:    (310) 201-4746

Attorneys for Plaintiffs
Broadcast Music, Inc.; Del Sound Music; MJ Publishing Trust d/b/a Mijac Music; Welsh Witch Music; Rondor Music International, Inc. d/b/a Irving Music; Underachiever Music; Songs of Universal, Inc.; Escatawpa Songs; Warner-Tamerlane Publishing Corp.; Average Joe's Entertainment Group LLC d/b/a Average ZJs Music Publishing; Indiana Angel Music

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; DEL SOUND MUSIC; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; WELSH WITCH MUSIC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; UNDERACHIEVER MUSIC; SONGS OF UNIVERSAL, INC.; ESCATAWPA SONGS; WARNER-TAMERLANE PUBLISHING CORP.; AVERAGE JOE'S ENTERTAINMENT GROUP LLC d/b/a AVERAGE ZJS MUSIC PUBLISHING; INDIANA ANGEL MUSIC,<br><br>      Plaintiffs,<br>  v.<br><br>ANCHOR VENTURES d/b/a ANCHOR BAR CLUB RESTAURANT; and BENEDICT SEELHOFER, individually,<br><br>      Defendants. | Case No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT |

**TroyGould PC**

Plaintiffs Broadcast Music, Inc., Del Sound Music, MJ Publishing Trust d/b/a Mijac Music; Welsh Witch Music, Rondor Music International, Inc. d/b/a Irving Music, Underachiever Music, Songs of Universal, Inc., Escatawpa Songs, Warner-Tamerlane Publishing Corp., Average Joe's Entertainment Group LLC d/b/a Average ZJs Music Publishing and Indiana Angel Music (collectively, "Plaintiffs"), by their attorneys, for their Complaint for Copyright Infringement ("Complaint") against Defendants Anchor Ventures d/b/a Anchor Bar Club Restaurant and Benedict Seelhofer (collectively, "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Del Sound Music is a sole proprietorship owned by George Thorogood. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff MJ Publishing Trust is a trust doing business as Mijac Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Welsh Witch Music is a sole proprietorship owned by Stephanie Nicks. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Rondor Music International, Inc. is a corporation doing business as Irving Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Underachiever Music is a sole proprietorship owned by Bryan Holland. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Escatawpa Songs is a partnership owned by Bradley Kirk Arnold, Robert Todd Harrell, Matthew Darrick Roberts and Christopher Lee Henderson. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Average Joe's Entertainment Group LLC is a limited liability company doing business as Average ZJs Music Publishing. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Indiana Angel Music is a sole proprietorship owned by Brantley Keith Gilbert. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Defendant Anchor Ventures is a corporation organized and existing under the laws of the State of California, which operates, maintains and controls an establishment known as Anchor Restaurant Bar Club, located at 2524 East Florida Avenue, Hemet, California 92544, in this district (the "Establishment").

16. In connection with the operation of the Establishment, Defendant Anchor Ventures publicly performs musical compositions and/or causes musical compositions to be publicly performed.

17. Defendant Benedict Seelhofer is an officer of Defendant Anchor Ventures with responsibility for the operation and management of that corporation and the Establishment.

18. Defendant Benedict Seelhofer has the right and ability to supervise the activities of Defendant Anchor Ventures and a direct financial interest in that corporation and the Establishment.

## **CLAIMS OF COPYRIGHT INFRINGEMENT**

19. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 18.

20. Since October 2013, BMI has reached out to Defendants over forty (40) times, by phone and mail, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

21. Plaintiffs allege eight (8) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

22. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the eight (8) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the

publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the establishment where the infringement occurred.

23. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

24. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

25. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

26. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

27. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

**TroyGould PC**

4

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0055 280598.1

28. Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from infringing, in any manner, the copyrighted musical compositions licensed by BMI.

WHEREFORE, Plaintiffs pray that:

(1) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(2) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(3) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(4) Plaintiffs have such other and further relief as is just and equitable.

Date: May 16, 2016

TROYGOULD PC

By: /s/AnnMarie Mori
    AnnMarie Mori
    Attorneys for Plaintiffs

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Bad To The Bone |
| Line 3 | Writer(s) | George Thorogood |
| Line 4 | Publisher Plaintiff(s) | George Thorogood, an individual d/b/a Del Sound Music |
| Line 5 | Date(s) of Registration | 11/30/81 |
| Line 6 | Registration No(s). | PAu 363-194 |
| Line 7 | Date(s) of Infringement | 12/14/15 |
| Line 8 | Place of Infringement | Anchor Restaurant Bar Club |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 2 | |
| Line 2 | Musical Composition | Beat It | |
| Line 3 | Writer(s) | Michael Joe Jackson | |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music | |
| Line 5 | Date(s) of Registration | 11/16/82 | 12/27/82 |
| Line 6 | Registration No(s). | PAu 456-334 | PA 158-771 |
| Line 7 | Date(s) of Infringement | 12/14/15 | |
| Line 8 | Place of Infringement | Anchor Restaurant Bar Club | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Dreams |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 4/1/77   8/22/77 |
| Line 6 | Registration No(s). | Eu 772675   Ep 373129 |
| Line 7 | Date(s) of Infringement | 12/14/15 |
| Line 8 | Place of Infringement | Anchor Restaurant Bar Club |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Hard To Handle |
| Line 3 | Writer(s) | Alvertis Isbell; Allen Jones; Otis Redding |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 6/13/68   12/13/68 |
| Line 6 | Registration No(s). | Eu 58360   Ep 254414 |
| Line 7 | Date(s) of Infringement | 12/14/15 |
| Line 8 | Place of Infringement | Anchor Restaurant Bar Club |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Pretty Fly (For A White Guy) |
| Line 3 | Writer(s) | Bryan "Dexter" Holland |
| Line 4 | Publisher Plaintiff(s) | Bryan Holland, an individual dba Underachiever Music |
| Line 5 | Date(s) of Registration | 12/10/98 |
| Line 6 | Registration No(s). | PA 929-197 |
| Line 7 | Date(s) of Infringement | 12/15/15 |
| Line 8 | Place of Infringement | Anchor Restaurant Bar Club |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | Smooth Criminal |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 9/15/87 |
| Line 6 | Registration No(s). | PA 350-364 |
| Line 7 | Date(s) of Infringement | 12/14/15 |
| Line 8 | Place of Infringement | Anchor Restaurant Bar Club |

| Line 1 | Claim No. | 7 | |
|---|---|---|---|
| Line 2 | Musical Composition | When I'm Gone | |
| Line 3 | Writer(s) | Bradley Kirk Arnold; Matthew Darrick Roberts; Robert Todd Harrell; Christopher Lee Henderson | |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Bradley Kirk Arnold, Robert Todd Harrell, Matthew Darrick Roberts and Christopher Lee Henderson, a partnership d/b/a Escatawpa Songs | |
| Line 5 | Date(s) of Registration | 12/04/02 | 3/16/01 |
| Line 6 | Registration No(s). | PA 1-120-566 | Pau 2-577-919 |
| Line 7 | Date(s) of Infringement | 12/15/15 | |
| Line 8 | Place of Infringement | Anchor Restaurant Bar Club | |

| Line 1 | Claim No. | 8 |
|---|---|---|
| Line 2 | Musical Composition | Dirt Road Anthem |
| Line 3 | Writer(s) | Brantley Gilbert; Colt Ford |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Average Joe's Entertainment Group LLC.d/b/a Average Zjs Music Publishing; Brantley Keith Gilbert, an individual d/b/a Indiana Angel Music |
| Line 5 | Date(s) of Registration | 5/10/10 |
| Line 6 | Registration No(s). | PA 1-694-080 |
| Line 7 | Date(s) of Infringement | 12/15/15 |
| Line 8 | Place of Infringement | Anchor Restaurant Bar Club |