**FILED**
CLERK, U.S. DISTRICT COURT

Dec 12, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC \_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; DEL SOUND MUSIC; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; WELSH WITCH MUSIC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; UNDERACHIEVER MUSIC; SONGS OF UNIVERSAL, INC.; ESCATAWPA SONGS; WARNER-TAMERLANE PUBLISHING CORP.; AVERAGE JOE'S ENTERTAINMENT GROUP LLC d/b/a AVERAGE ZJS MUSIC PUBLISHING; INDIANA ANGEL MUSIC , <br><br>      Plaintiffs,<br>  v.<br><br>ANCHOR VENTURES d/b/a ANCHOR BAR CLUB RESTAURANT; and BENEDICT SEELHOFER, individually,<br><br>      Defendants. | Case No. 5:16-cv-01003 SVW (KK)<br><br>JUDGMENT<br><br>Assigned To: Hon. Stephen V. Wilson<br><br>Date: November 21, 2016<br>Time: 1:30 p.m.<br>Dept: 6<br><br>Complaint Filed: May 16, 2016<br>Trial Date:     None Set<br><br><br>JS-6 |

**TroyGould PC**

[PROPOSED] JUDGMENT

03202-0055 288373.1

# JUDGMENT

On October 14, 2016, Plaintiffs Broadcast Music, Inc., Del Sound Music, MJ Publishing Trust d/b/a Mijac Music; Welsh Witch Music, Rondor Music International, Inc. d/b/a Irving Music, Underachiever Music, Songs of Universal, Inc., Escatawpa Songs, Warner-Tamerlane Publishing Corp., Average Joe's Entertainment Group LLC d/b/a Average ZJs Music Publishing and Indiana Angel Music (collectively, "Plaintiffs") filed a motion for default judgment against Defendants Anchor Ventures and Benedict Seelhofer.

No opposition having been made thereto, on November 17, 2016, the Court granted the Motion for Default Judgment.

The Court hereby grants judgment as follows.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs recover, jointly and severally, the amount of $28,119.12 (consisting of $25,200 in statutory damages, $2,280 in attorney fees, and $639.12 in costs):  Plaintiffs shall recover from Defendants Anchor Ventures and Benedict Seelhofer, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

Defendants Anchor Ventures and Benedict Seelhofer and their agents, servants, employees and all persons acting under their permission or authority shall be PERMANENTLY ENJOINED AND RESTRAINED from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

Dated:  December 12, 2016

Hon. Stephen V. Wilson
United States District Judge